UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN HANNAH,<br><br>                    Plaintiff,<br><br>         -against-<br><br>RIKERS ISLAND DOC; BOB BARKER COMPANY INC.,<br><br>                    Defendants. | 25 CIVIL 7075 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 13, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    November 20, 2025

         New York, New York

                                                  /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge